CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 30 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BILL M. LONG, ) | Civil Action No. 7:15-cv-00249 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| DEPARTMENT, <u>et al.</u>, ) | By: Hon. Michael F. Urbanski | |
|     Defendants. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This ___30___ day of June, 2015.

/s/ Michael F. Urbanski
United States District Judge